**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6512**

———————

ALTONY BROOKS,

             Plaintiff – Appellant,

       v.

MICHAEL JOHNSON, Sheriff; BRENDA LAMBERT, Detective; JUSTIN
WHACK, Detective; WAYNE DEWITT, Sheriff; LONNIE ALLEN
MIZZELLE, Detective; DANNY MIZZELLE, Detective; JOHN DOE,
Officer; KIMBERLY BARR, Solicitor; SHARON W STAGGERS,
Clerk; M MORRIS, Clerk, sued in their individual and
official capacities,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, Senior
District Judge.  (2:15-cv-01074-PMD)

———————

Submitted:  October 11, 2016        Decided:  October 27, 2016

———————

Before TRAXLER, KEENAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Altony Brooks, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Altony Brooks appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Johnson, No. 2:15-cv-01074-PMD (D.S.C. Apr. 11 & May 25, 2016). We deny Brooks' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED